

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00193-CV

FERTITTA HOSPITALITY, LLC, Appellant

V.

DANIEL COLE O'BALLE, Appellee

Appeal from the 11th District Court of Harris County. (Tr. Ct. No. 2010-64803).

**TO THE 11TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 6th day of November 2014, the case upon appeal to revise or to reverse your interlocutory orders was determined. This Court made its order in these words:

After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over this appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that each party bear its own costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 6, 2014.

Panel consists of Justices Higley, Bland, and Sharp. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

January 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

